UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-223(JMR/RLE)

United States of America )
)
v. ) ORDER
)
Shanelle Lea Sigana )

Pursuant to the January 10, 2001, Judgment and Commitment Order, restitution in this case was ordered in the amount of $10,825.00 to a victim to be determined at a later date. That victim has now been identified as the United States of America.

IT IS SO ORDERED.

Dated: April 27th, 2005

JAMES M. ROSENBAUM
United States District Court

SCANNED
APR 28 2005
U.S. DISTRICT COURT ST. PAUL