PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JAN 2 [illegible] 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Shanelle Lea Sigana**

**Docket No. 0:00CR00223-001(JMR)**
**Docket No. 0:01CR00145-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Shanelle Lea Sigana** who was sentenced for Assault with a Dangerous Weapon and Assault Resulting in Serious Bodily Harm on January 10, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing, drug and alcohol aftercare, mental health aftercare, no contact with the victim

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall refrain from excessive use of alcohol.

On January 6, 2007, the defendant was a passenger in a vehicle that was stopped by Red Lake police officers for Reckless Driving. Two unopen beer cases, six cans of beer, and two bottles of rum were confiscated from this vehicle. The defendant was charged with Obstructing Justice and Liquor Violation. The defendant admitted consuming alcohol that evening.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

SCANNED
JAN 2 [illegible] 2007

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 23th day of January, 2007, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on January 22, 2007
Place Bemidji

c: United States Sentencing Commission